IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF TEXAS

LUFKIN DIVISION

| | | |
|---|---|---|
| CHANSLER DEPAUL MALLARD | § | |
| VS. | § | CIVIL ACTION NO. 9:25-cv-133 |
| MAJOR GRAY, ET AL. | § | |

MEMORANDUM OPINION AND ORDER

Plaintiff Chansler DePaul Mallard, an inmate at the Hodge Unit of the Texas Department of Criminal Justice, Correctional Institutions Division, proceeding *pro se*, filed this civil rights action pursuant to 42 U.S.C. § 1983 against several defendants.

Discussion

When, as in this case, jurisdiction is not founded solely on diversity of citizenship, 28 U.S.C. § 1391 provides that venue is proper only in the judicial district where the defendants reside or in which the claim arose. Under 28 U.S.C. § 1404(a), for the convenience of parties and witnesses and in the interests of justice, a district court may transfer any civil action to any other district or division where it could have been brought.

The actions allegedly taken by the defendants took place at the Hodge Unit, which is located in Cherokee County, Texas. Pursuant to 28 U.S.C. § 124(c)(1), Cherokee County is in the Tyler Division of the United States District Court for the Eastern District of Texas. Plaintiff's claims therefore arose in the Tyler Division. In addition, the defendants do not appear to reside in the Lufkin Division.

The court has considered the circumstances and determined that the interest of justice would be served if this matter were transferred to the division of the court in which plaintiff's claims arose. It is accordingly

**ORDERED** that this civil rights action is **TRANSFERRED** to the Tyler Division of the United States District Court for the Eastern District of Texas.

SIGNED this 7th day of July, 2025.

_____
Zack Hawthorn
United States Magistrate Judge